John E. Flaherty
Jonathan Short
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 622-4444

Richard B. Racine
Jill K. MacAlpine
Finnegan, Henderson, Farabow,
        Garrett & Dunner, LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Tel: (202) 408-4000

Mukta Jhalani
Finnegan, Henderson, Farabow,
        Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600

*Attorneys for Plaintiff Cephalon Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CEPHALON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES, INC. and SUN PHARMACEUTICAL INDUSTRIES LTD.,<br><br>Defendants. | Civil Action No.: 3:11-cv-05474-FLW-DEA<br><br>**NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANTS SUN PHARMACEUTICAL INDUSTRIES, INC. AND SUN PHARMACEUTICAL INDUSTRIES LTD.**<br><br>**Motion Date: To Be Set By Court**<br><br>**ORAL ARGUMENT REQUESTED** |

TO:    ALL COUNSEL

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, Plaintiff Cephalon, Inc. ("Plaintiff") will move before United States District Judge Freda L. Wolfson, located at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Room 2020, Trenton, NJ 08608, Courtroom 5E, for entry of a preliminary injunction against Defendants Sun Pharmaceutical Industries, Inc. and Sun Pharmaceutical Industries, Ltd. (and its officers, agents, servants, employees, attorneys, and any and all other persons or entities acting by, through, under or in active concert or in participation with any or all of them), (collectively, "Sun"), preliminarily enjoining Sun from making, using, selling, offering for sale, or importing generic tiagabine hydrochloride tablet products that infringe Cephalon's U.S. Patent No. 5,958,951 ("the '951 patent") during the pendency of this injunction and until the Court has resolved all issues of validity and infringement relating to the patent-in-suit;

**PLEASE TAKE FURTHER NOTICE** that in conjunction with Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, Plaintiff will seek a temporary restraining order against Sun effective October ____, 2011, temporarily restraining Sun from making, using, selling, offering for sale, or importing generic tiagabine hydrochloride tablet products until the Court's resolution of the temporary restraining order and preliminary injunction motion;

**PLEASE TAKE FURTHER NOTICE** that in conjunction with Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, Plaintiff will seek a temporary restraining order against Sun effective October ____, 2011, that Sun issue a recall of all generic tiagabine hydrochloride tablet products and retract immediately in writing any offers for sale of generic tiagabine hydrochloride tablet products made to any customers or potential customers;

2

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely upon Plaintiff's Memorandum in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, the Affidavits of Michael Derkacz and Randy Bradway, the now Verified Complaint, the supporting exhibits to the Memorandum, and oral argument of counsel;

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting Plaintiff's Motion for a Temporary Restraining Order is attached;

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting Plaintiff's Motion for a Preliminary Injunction is attached.

Dated:  October 14, 2011

By: s/ John E. Flaherty
John E. Flaherty
Jonathan Short
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 622-4444

*Attorneys for Plaintiff Cephalon Inc..*

OF COUNSEL:

Richard B. Racine
Jill K. MacAlpine
Finnegan, Henderson, Farabow,
        Garrett & Dunner, LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Tel: (202) 408-4000

Mukta Jhalani
Finnegan, Henderson, Farabow,
        Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600

*Attorneys for Plaintiff Cephalon Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that true and correct copies of the foregoing Plaintiff's

Notice of Motion for Temporary Restraining Order and Preliminary Injunction against

Defendants Sun Pharmaceutical Industries, Inc. and Sun Pharmaceutical Industries, Ltd.,

supporting papers, and the Verification of the Complaint were caused to be served on October

14, 2011, via electronic mail upon the following:


Joseph T. Jaros (JJaros@rmmslegal.com)
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street
Suite 500
Chicago, Illinois, 60654

Counsel for Defendants
Sun Pharmaceutical Industries, Inc.
and Sun Pharmaceutical Industries, Ltd.



Dated: October 14, 2011                                   s/John E. Flaherty
                                                          John E. Flaherty

ME1 12389740v.1