# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CEPHALON, INC. : <br> : <br> Plaintiff, : <br> : Case No. 11-5474(FLW) <br> v. : <br> : <br> SUN PHARMACEUTICALS, LTD.,: <br> & CARACO PHARMACEUTICAL : <br> LABORATORIES LTD., : **ORDER** <br> : <br> Defendants. : | |

**THIS MATTER** having been opened to the Court by Michael E. Pitunas, Esq., counsel for Plaintiff Cephalon, Inc. ("Plaintiff"), on a motion for preliminary injunctive relief; it appearing that Defendants Sun Pharmaceuticals, Ltd., and Caraco Pharmaceutical Laboratories Ltd. (collectively, "Defendants"), through their counsel, Gregory D. Miller, Esq., oppose the motion, and a reply having been filed; it appearing that on November 15, 2012, and December 4, 2012, the Court held hearings on Plaintiff's motion, in which the parties presented their experts, introduced into evidence exhibits, and made argument; the Court having considered the parties' experts, exhibits, and submissions in connection with the motion, for the reasons stated in the Opinion filed on this date, and for good cause shown;

**IT IS** on this 20th day of December, 2012,

**ORDERED** that Plaintiff's motion for preliminary injunction relief is **DENIED**; and it is further

**ORDERED** that Plaintiff's request for an immediate recall of Defendants' product is **DENIED**.

/s/  Freda L. Wolfson
Freda L. Wolfson, U.S.D.J.